UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SERAH MANYI TAKEM,

Petitioner,

v. No. 1:26-CV-00379-H

WARDEN, BLUEBONNET DETENTION CENTER,

Respondent.

**ORDER**

Petitioner Serah Manyi Takem, a self-represented immigrant detainee, filed a petition for writ of habeas corpus challenging her detention pending removal. Dkt. No. 1. She seeks immediate release so that she can self-deport. *Id.* at 7.

Respondent filed a response along with relevant records arguing that Petitioner is lawfully detained under an administratively final order of removal and her detention is well within the presumptively reasonable period discussed in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. No. 9. Petitioner did not reply.

The Court notes that the online detainee locator system maintained by the United States Immigration and Customs Enforcement (ICE) indicates that Petitioner is no longer in ICE custody.[1] Thus, the Court finds that Petitioner's claims are moot. Alternatively, if Petitioner remains in custody, the Court concludes that based on the information provided by Respondent that Petitioner's detention remains authorized under 28 U.S.C. § 1231. *See Zadvydas*, 533 U.S. at 701.

[1] https://locator.ice.gov/odls/#/results (last checked September 30, 2026).

The Court denies the petition and dismisses it for lack of jurisdiction as moot.

So ordered.

The Court will enter judgment accordingly.

Dated October 1, 2026.

JAMES WESLEY HENDRIX
United States District Judge